UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sara Neill and Mark Neill, | Civil 08-5800 JNE/FLN |
| Plaintiffs, | |
| v. | O R D E R |
| Bullseye Collection Agency, Inc., | |
| Defendant. | |

Defense counsel's request for leave to participate by teleconference for the Rule 16 Pretrial Conference is GRANTED [#51].  The conference has now been rescheduled for July 31, 2009, at 9:15 a.m. at the request of the parties.  Mr. Mihet is directed to call the undersigned's chambers at 9:15 a.m. central time.  If Plaintiff's counsel also wishes to participate by telephone, he must call chambers to make the necessary arrangements.

DATED: June 25, 2009.                    *s/ Franklin L. Noel*
                                          FRANKLIN L. NOEL
                                          United States Magistrate Judge